UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEICO MARINE INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>   v.<br><br>PAUL BUSBY, SIGHTLINE UNLIMITED, LLC, PACIFIC MARINE SOLUTIONS,<br><br>                Defendants. | CASE NO. 2:25-cv-00888-BAT<br><br>**ORDER TO SHOW CAUSE – FAILURE TO SERVE** |

Plaintiff Geico Marine Insurance Company filed the Complaint in this action against Defendants Paul Busby, Sightline Unlimited LLC, and Pacific Marine Solutions on May 12, 2025. Dkt. 1. Plaintiff was required to serve the summons and Complaint on Defendants within 90 days, by August 10, 2025, and provide proof of service to the Court. Plaintiff has filed no affidavit of service to date.

If a defendant is not served within 90 days after the complaint is filed, a federal district court must dismiss the action without prejudice or order that service be made within a specified time. Fed. R. Civ. P. 4(m). The court must extend the time for service, however, if the plaintiff shows good cause for the failure to serve. *Id.*

Plaintiff is **ORDERED** to show cause **by August 29, 2025,** for its failure to timely serve the summons and Complaint. Cause may be shown by filing proof of service by this date. If

ORDER TO SHOW CAUSE – FAILURE TO SERVE - 1

Plaintiff fails to establish good cause, this action is subject to dismissal without prejudice for failure to prosecute.

DATED this 15th day of August, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER TO SHOW CAUSE – FAILURE TO SERVE - 2